

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Jack L. Newhouse, Esq.**
**Partner**
Jnewhouse@vandallp.com

April 28, 2022

<u>**Via ECF**</u>
The Honorable Marcia M. Henry
United State Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Yuyan Lin v. Amazon.com, Inc., et al.*
       *Docket No. 21-cv-06203 (KAM) (MMH)*

Dear Judge Henry:

  This firm represents Plaintiff Yuyan Lin ("Plaintiff") in the above-referenced action. I write to respectfully inform you that Virginia & Ambinder, LLP has filed a motion to be relieved as counsel for Plaintiff Lin and to respectfully request the settlement conference scheduled for May 6, 2022 in this action be adjourned until a time following the resolution of the motion to be relieved. Defendants consent to the requested adjournment. This is the first request for an adjournment of the settlement conference.

  Thank you for your time and attention to this matter.

                Respectfully submitted,

                <u>/s/Jack L. Newhouse, Esq.</u>

cc:  Counsel of Record (Via ECF)