UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

YUYAN LIN,

                                       Plaintiff,

- against -

AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC,

                                       Defendants.

Dkt. No.: 21-cv-06203(KAM)(MMH)

## **CERTIFICATE OF SERVICE**

      This is to certify that I, Jack Newhouse, have served by e-mail dated May 2, 2022 upon Plaintiff Yuyan Lin with a copy of the Court's scheduling order dated April 29, 2022. A copy of the order was e-mailed to Lyy0506@gmail.com. Ms. Lin has confirmed receipt of this e-mail. In addition, a copy of the Court's scheduling order dated April 29, 2022 was also served on May 4, 2022, by depositing a true copy of same in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to Ms. Lin's last known addresses located at:

Yuyan Lin<br>
465 Meadow Rd., Apt. 7202<br>
Princeton, New Jersey 08540

This 4th day of May 2022.

                                                      By:    /s/Jack Newhouse, Esq.