**Entry of appearance pro se.**

FILED
in the Clerk's Office
U.S. District Court, EDNY
May 18, 2022
1:41AM
Brooklyn Pro Se Office via Box.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUYAN LIN,<br><br>Plaintiff,<br><br>- against -<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC,<br><br>Defendants. | Docket No. 21-cv-06203(KAM)(MMH) |

### ENTRY OF APPEARANCE PRO SE

I, plaintiff, Yuyan Lin, hereby enter my appearance pro se in this action. I understand that **NOTICE OF ALL HEARINGS WILL BE MAILED TO THE ADDRESS GIVEN BELOW UNLESS I PROVIDE A DIFFERENT ADDRESS IN WRITING** to the Clerk of the Court and to all parties of record.

Plaintiff Pro Se

Mailing Address: 465 Meadow Rd Apt 7202, Princeton NJ, 08540

Email Address: lyy9338@gmail.com

Telephone Number: 646-875-3203

This 18th day of May 2022.

By: /s/Yuyan Lin