**FILED
in the Clerk's Office
U.S. District Court, EDNY
July 12, 2022
10:43PM
Brooklyn Pro Se Office via
Box.com**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUYAN LIN,<br><br>Plaintiff,<br><br>- against -<br><br>AMAZON.COM, INC. and AMAZON.COM<br><br>SERVICES, LLC,<br><br>Defendants. | Docket No. 21-cv-06203(KAM)(MMH)<br><br>Application For the Court to Grant Fee Exemption to Access PACER |

I, Yuyan Lin, am the plaintiff, pro se in this case and I am unable to afford the services fee for accessing to review my case in PACER. I hereby request the court to grant fee exemption to access PACER.

In support of my application, I provide the following information:

1. Since Plaintiff got injured at the job and took a leave of absence on Sep 6th 2019, she only received less than 50% of her salary as before.
2. Pro se office referral.
3. PACER service center referral.

Date By: July 12th 2022

/s/Yuyan Lin

Plaintiff

Cc:

Eli Z. Freedberg    *EFreedberg@littler.com, imartinez@littler.com, nyoparalegals@littler.com*

Gary Moy    *gmoy@littler.com*