**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
YUYAN LIN,

                        Plaintiff,

      -against-

AMAZON.COM, INC. and AMAZON.COM
SERVICES, LLC,

                      Defendants.

------------------------------------------------------------------- x

**ORDER**

21-CV-6203 (KAM)(MMH)

**MARCIA M. HENRY**, United States Magistrate Judge:

## DISCOVERY ORDER IN A *PRO SE* CASE

The Court held an initial conference in this matter on August 26, 2022. By **September 29, 2022**, the parties shall exchange the initial document requests and interrogatories discussed on the record.

Discovery is the process by which the parties request information from each other regarding their claims or defenses. Discovery requests are not made to the Court. Discovery is governed by Rules 26 through 37 of the Federal Rules of Civil Procedure and is conducted between the parties without the Court's involvement. Federal Rule of Civil Procedure 5(d) prohibits litigants from filing discovery materials in the Court.

Pursuant to Federal Rules of Civil Procedure 33 and 34, Plaintiff may request, in writing, answers to questions and documents from Defendant's attorney. The more specific the request, the more likely the information will be produced. Generally, parties must respond to discovery requests in writing within thirty (30) days. Plaintiff should always keep a copy of all requests and responses sent to Defendant; Plaintiff should never send an original document, only a copy.

Before requesting the Court's assistance regarding a discovery dispute, the parties must make a good faith effort to resolve the dispute with one another. Fed. R. Civ. P. 26(c); Local Civil Rule 37.3. For example, if Plaintiff has requested materials and Defendant has not responded within thirty days, Plaintiff

1

must make a good faith effort to resolve the issue with Defendant's counsel before seeking the Court's intervention. Under the Federal Rules of Civil Procedure, any submission to the Court must first be served on the adversary or the Court cannot consider it. Fed. R. Civ. P. 5. As discussed at the August 26th conference, the parties should be prepared to discuss any deficiencies or concerns regarding discovery at the status conference scheduled for **October 24, 2022** at **9:00 AM**.

**SO ORDERED.**

Dated: Brooklyn, NY  /s/ Marcia M. Henry
August 26, 2022  MARCIA M. HENRY
United States Magistrate Judge