

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
efreedberg@littler.com

August 31, 2022

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **Yuvan Lin v. Amazon.com, Inc., et ano.,** No. 21 CV 6203 (KAM) (MMH)

Dear Judge Matsumoto:

This firm represents Amazon.com Services, LLC ("Defendant" or "Amazon") in the above-referenced matter. Defendant writes pursuant to the Court's Order, dated August 29, 2022, to respectfully advise the Court of the following:

> Amazon.com Sales, Inc., which is incorporated in the State of Delaware and the sole member of Defendant Amazon.com Services, LLC, maintains its principal place of business in Seattle, Washington.

> Amazon.com, Inc., which is a Delaware corporation and wholly owns Amazon.com Sales, Inc., maintains its principal place of business in Seattle, Washington.

Respectfully submitted,

/s/

Eli Z. Freedberg
Gary Moy
*Attorneys for Defendant*

Cc: Plaintiff pro se (via ECF, email @ lyy9338@gmail.com)