

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
efreedberg@littler.com

November 25, 2022

**VIA ECF**
Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **Yuyan Lin v. Amazon.com, Inc. and Amazon.com Services, LLC**,
          No. 21-CV-6203 (KAM) (MMH)

Dear Judge Henry:

This firm represents Defendant Amazon.com Services, LLC in the above-referenced matter. Defendant writes with respect to the Court's Orders dated October 26, 2022 denying the parties' joint application, as well as scheduling a status conference for November 29, 2022 to address, among other things, a second settlement conference. The parties subsequently engaged in further settlement negotiations and discussed the Court's recommendation that the parties attend a second settlement conference. After several exchanges on the issue, Plaintiff advised Defendant that she does not wish to attend another settlement conference and that the parties should inform the Court of Plaintiff's decision.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/
Eli Z. Freedberg
Gary Moy
*Attorneys for Defendant*

Cc: Yuyan Lin (via ECF and email @ lyy9338@gmail.com)