

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Gary Moy
212.471.4479 direct
212.583.9600 main
gmoy@littler.com

March 24, 2023

**VIA ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    <u>Yuyan Lin v. Amazon.com, Inc., et ano.</u>, No. 21 CV 6203 (KAM) (MMH)

Dear Judge Henry:

As counsel for Defendant Amazon.com Services, LLC in the above-referenced matter, and pursuant to the Court's March 23, 2023 Order, we write to respectfully apprise the Court that we believe that Defendant and legal counsel will be available for the conference currently scheduled for May 3, 2023 at 10:00 a.m.  However, it is our understanding that Defendant's representative with settlement authority who would be attending the conference is returning from maternity leave by the end of this month.  Accordingly, in the event that Defendant's representative is unable to attend the conference as scheduled, Defendant requests leave to seek an adjournment and propose alternative dates for the rescheduled conference, in consultation with Plaintiff, for the Court's consideration.

We thank the Court for its consideration herein.

                                          Respectfully submitted,
                                                 /s/
                                          Eli Z. Freedberg
                                          Gary Moy
                                          *Attorneys for Defendant*