

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Gary Moy
212.471.4479 direct
212.583.9600 main
gmoy@littler.com

April 13, 2023

**VIA ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Yuyan Lin v. Amazon.com, Inc., et ano., No. 21 CV 6203 (KAM) (MMH)

Dear Judge Henry:

As counsel for Defendant Amazon.com Services, LLC ("Amazon") in the above-referenced matter, and pursuant to the Court's March 23, 2023 Order, we write to respectfully request that the Court reschedule the settlement conference currently scheduled for May 3, 2023 at 10:00 a.m. until 12 p.m. or later on May 3, 2023 or 12 p.m. or later during the week of May 8, 2023.

This request is being made because Defendant's representative who was assigned to this matter at the time of the parties' March 22, 2023 conference will be departing Amazon. Defendant's representative with settlement authority who will be attending the conference is located on the West Coast. As such, we respectfully request that the conference be rescheduled until a later time in the day to accommodate the difference in time zones.[1] The parties have conferred, and both are available during the aforementioned times. For the Court's scheduling convenience, it is Defendant's understanding that, although Plaintiff has not yet set firm dates, Plaintiff intends to travel overseas and may not be available the week of May 17, 2023.

For the foregoing reasons, Defendant respectfully requests that the May 3, 2023 settlement conference at 10:00 a.m. be rescheduled until 12:00 p.m. or later on May 3, 2023 or 12:00 p.m. or after during the week of May 8, 2023.

We thank the Court for its consideration herein.

---

[1] In the event the Court reschedules the settlement conference on a Friday, we advise the Court that lead defense counsel observes the Sabbath and, as such, respectfully request that the conference end before sundown or, in the alternative, that he be granted leave to depart the settlement conference at that time (in which event the undersigned will continue to be available for the remainder of the conference).

Respectfully submitted,
/s/
Eli Z. Freedberg
Gary Moy
*Attorneys for Defendant*

Cc: Plaintiff Yuyan Lin (via ECF)